**IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE**

**AT KNOXVILLE**

**JUNE 1997 SESSION**

FILED

May 27, 1998

Cecil Crowson, Jr.
Appellate Court Clerk

| | | |
|---|---|---|
| **STATE OF TENNESSEE,** | **)** | |
| | **)** | **C.C.A. NO. 03C01-9610-CR-00369** |
| Appellee, | **)** | |
| | **)** | **BRADLEY COUNTY** |
| VS. | **)** | |
| | **)** | **HON. MAYO L. MASHBURN,** |
| **DONALD RAY SHIRLEY,** | **)** | **JUDGE** |
| | **)** | |
| Appellant. | **)** | (Aggravated Robbery) |

---

### CONCURRING IN PART AND DISSENTING IN PART

I respectfully dissent from the majority's modification of the defendant's sentence for the robbery at the Take Two Video store. Because I believe the enhancing factors support the maximum prison term for this robbery, I would affirm its sentence in this regard. I concur in all other aspects of the majority's opinion.

_____
JOHN H. PEAY, Judge